UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RORY PARKER, et al.,

    Plaintiffs,

v.

CITY OF OAKLAND, et al.,

    Defendants.

Case No. 14-cv-01138-JCS

**ORDER FOR RESPONSE TO PLAINTIFF'S MOTION TO DISMISS**

Plaintiff has filed a Motion to Dismiss Entire Action All Parties and All Causes of Action Without Prejudice ("the Motion"). Defendants are requested to file a response to the Motion, not to exceed five pages, no later than April 11, 2014.

**IT IS SO ORDERED.**

Dated: April 4, 2014

JOSEPH C. SPERO
United States Magistrate Judge